Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> James A. Dailey, et al. <br><br> Defendant. | CASE NO. CV 09-2558 ADR MHP <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Monday, November 30, 2009 at 4:00 p.m. This request will be, and is, necessitated by the fact that defendant James A. Dailey is in default and Plaintiff's Application for Default Judgment is presently pending before the Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case

2

Management Conference presently scheduled for Monday, November 30, 2009 at 4:00 p.m.  in order

3

that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final

4

disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

5

6

7

Respectfully submitted,

8

9

10

Dated: November 30, 2009,

/s/ Thomas P. Riley

11

**LAW OFFICES OF THOMAS P. RILEY, P.C.**

12

By: Thomas P. Riley

Attorneys for Plaintiff

13

J & J Sports Productions, Inc.

14

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 09-2558 ADR MHP
PAGE 2

1

### ORDER (Proposed)

2

3      It is hereby ordered that the Case Management Conference in civil action number CV 09-2558

4   ADR MHP styled *J & J Sports Productions, Inc. v. James A. Dailey, et al.*, is hereby vacated.

5          Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

6   of Service of this Order with the Clerk of the Court.

7

8

9

10  **IT IS SO ORDERED**:

11

12

13  _____                     Dated:____11/30/2009_____

14  **THE HONORABLE MARILYN L PATEL**
    **United States District Court**
15  **Northern District of California**

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

2

## PROOF OF SERVICE (SERVICE BY MAIL)

3

  I declare that:

4

5

  I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6

and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

7

California.  I am readily familiar with this law firm's practice for collection and processing of

8

correspondence/documents for mail in the ordinary course of business.

9

10

  On November 30, 2009, I served:

11

12

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

13

  On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

14

prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

15

16

James A. Dailey (Defendant)

17

6508 Sunnymere Ave.

18

Oakland, CA 94605

19

20

  I declare under the penalty of perjury pursuant to the laws of the United States that the

21

foregoing is true and correct, and that this declaration was executed on November 30, 2009, at South

22

Pasadena, California.

23

24

Dated:  November 30, 2009        */s/ Maria Baird*_____

25

                **MARIA BAIRD**

26

27

28