UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

  vs.

JAMES A. DAILEY,

        Defendant.

No. C 09-02558 MHP

**ORDER RE**
**PROPOSED ORDER**

      Default was entered in this matter and thereafter plaintiff filed a motion for default judgment. At plaintiff's request the motion was taken off calendar and submitted on the papers. It has come to the court's attention that no order was ever issued and apparently the reason for this is that, contrary to Civil Local Rule 7-2(c), plaintiff did not file a proposed order. All other papers, including the motion and declarations were filed. Therefore, in order for this court to enter judgment, plaintiff shall file within fifteen (15) days of the date of this order its proposed order for default judgment. Failure to file the proposed order will result in this action being dismissed.

      IT IS SO ORDERED.

Date: September 3, 2010

                                              MARILYN HALL PATEL
                                              United States District Court Judge
                                              Northern District of California